IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FALCK PROPERTIES, LLC, | ) |
| Plaintiff, | ) Civil Action No. 12-cv-00104-TFM |
| v. | ) |
| PARKVALE FINANCIAL CORPORATION, a/k/a PARKVALE BANK, a Pennsylvania Financial Institution, | ) Related to Bankruptcy No. 10-21259-TPA |
| Defendant. | ) |

## CONSENT ORDER REFERRING CASE TO BANKRUPTCY COURT

At Pittsburgh, Pennsylvania, this __8th__ day of February, 2012, upon consideration of the Motion To Refer Case To Bankruptcy Court filed by Defendant, Parkvale Financial Corporation, a/k/a Parkvale Bank[1], and the Response to Notice of Removal of State Court Proceedings and Motion to Refer Case to Bankruptcy Court filed by Plaintiff, Falck Properties, LLC, and upon the consent of the Parties, the Court hereby ORDERS ADJUDGES and DECREES as follows:

1. This Motion To Refer Case To Bankruptcy Court is **GRANTED**;

2. Pursuant to the standing Order of Reference in Bankruptcy Cases and Proceedings *Nunc Pro Tunc* dated October 16, 1984, this Civil Action is referred to the Honorable Thomas P. Agresti of the United States Bankruptcy Court for the Western District of Pennsylvania; and

---

[1] First National Bank of Pennsylvania is the successor by merger to Parkvale Savings Bank. The merger closed subseque3nt to the filing of this suit.

3. All issues related to the Notice of Removal (including, *inter alia*, the validity of the removal) and the underlying Complaint In Civil Action are preserved for resolution by the Bankruptcy Court.

BY THE COURT.

s/ Terrence F. McVerry
Honorable Terrance F. McVerry
United States District Court

**CONSENTED TO BY:**

| FIRST NATIONAL BANK OF PENNSYLVANIA, successor by merger to PARKVALE SAVINGS BANK | FALCK PROPERTIES, LLC |

*/s/ Michael A. Shiner*
Michael A. Shiner, Esq. (Pa. I.D. 78088)
Christopher L. Borsani, Esq. (Pa. I.D. 205819)
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
Phone: (412) 594-5586
Fax: (412) 594-5619

*/s/ Robert O Lampl*
Robert O Lampl, Esq. (Pa. I.D. 19809)
John P. Lacher, Esq. (Pa. I.D. 62297)
James R. Cooney, Esq. (Pa. I.D. 32706)
David L. Fuchs, Esq. (Pa. I.D. 205694)
960 Penn Avenue, Suite 1200
Pittsburgh, PA  15219
Phone: (412) 392-0330